Edward JoRodge Gladney, #80179-279
**Name and Prisoner/Booking Number**

USP Coleman 2
**Place of Confinement**

P.O. Box 1034
**Mailing Address**

Coleman, FL 33521
**City, State, Zip Code**

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ___ LODGED
RECEIVED ___ COPY
NOV - 6 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Edward JoRodge Gladney,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) D. Madrid,
(Full Name of Defendant)

(2) V. Devender,

(3) K. Lewis,

(4) J. Ciufo,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 4:20-cv-00360-DCB-PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint
✓ Fourth Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: USP Tucson

Revised 3/11/16                                1                                550/555

## B. DEFENDANTS

1. Name of first Defendant: __D. Madrid__. The first Defendant is employed as: __S.I.S. Officer__ at __USP Tucson__.
(Position and Title) (Institution)

2. Name of second Defendant: __Lt. Van Devender__. The second Defendant is employed as: __Lieutenant (PREA Investigator__ at __USP Tucson__.
(Position and Title) (Institution)

3. Name of third Defendant: __K. Lewis__. The third Defendant is employed as: __Case Manager__ at __USP Tucson__.
(Position and Title) (Institution)

4. Name of fourth Defendant: __J. Ciufo__. The fourth Defendant is employed as: __Disciplinary Hearing Officer__ at __USP Tucson__.
(Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __3__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Gladney__ v. __J.T. Shartle, et. al.__
      2. Court and case number: __17-cv-427-DCB-PSOT ; 19-17443__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed and Appealed (Pending)__

   b. Second prior lawsuit:
      1. Parties: __Gladney__ v. __United States, et. al.__
      2. Court and case number: __1:18cv293__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending Process Service__

   c. Third prior lawsuit:
      1. Parties: __Gladney__ v. __D. Jones, et. al.__
      2. Court and case number: __5:20-cv-00092-VMC-PRL__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending Pre-Screening__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>First Amendment Rights</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☑ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   At USP Tucson, between January 1, 2017 and July 8, 2017, S.I.S. Officer D. Madrid retaliated against me for reporting various sexual assaults, harassment and threats from inmates by issuing me a false/sham incident report and recommending to transfer me to another prison where my life and well-being would be jeopardized, after I notified Prison Warden of inmate who entered my housing unit out-of-bounds, previously physically assaulted me, threatened and harassed me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Irreparable Injuries, Mental Anguish, Fright, Shock, Emotional Distress, and Insomnia.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Officers refused, or otherwise, failed to provide forms upon multiple requests.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>First Amendment Rights</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   At USP Tucson, between May 19, 2016 and July 8, 2017, Lt. Van Devender retaliated against me for reporting sexual assaults, harassment and threats from various inmates by conducting biased and sham Prison Rape Elimination Act investigations concerning those reports.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Irreparable Injuries, Mental Anguish, Depression, Suicidal Thoughts, Emotional Distress, and Anxiety Attacks.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Officers refused, or otherwise, failed to provide forms upon multiple requests.</u>

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>First Amendment Rights</u>

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   At USP Tucson, between May 19, 2016 and July 8, 2017, Case Manager K. Lewis retaliated against me for reporting sexual assaults, harassment and threats from various inmates by conducting a sham hearing and investigation of an incident report by intentionally fabricating my statements concerning the incident and transferring me to another prison where he knew or should have known my life and well-being would be jepordized.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Irreparable Injuries, Mental Anguish, Fright, Shock, Emotional Distress, Anxiety, and Insomnia.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Officers refused, or otherwise, failed to provide forms upon multiple requests.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: Monetary Damages of $250,000.00 from each Defendant Individually for a total of $1,750,000.00 in the intrest of justice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/31/2020 A.D.
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

A. Defendants (Continued)

(5) M. ~~Norgen~~ Norgren

(6) D. McWhorter

(7) J.T. Shartle

B. Defendants (Continued)

5. M. Norgren, LPN Nurse, USP Tucson

6. D. McWhorter, Captain, USP Tucson

7. J.T. Shartle, Warden, USP Tucson

D. Cause of Action (Continued)

## COUNT IV

1. First Amendment Rights

2. Retaliation

3. At USP Tucson, between May 27, 2017 and July 8, 2017, Disciplinary Hearing Officer J. Ciufo retaliated against me for reporting sexual assaults, harassment and threats from various inmates by conducting a sham hearing and intentionally ignoring/omitting legitimate evidence which supported my defense of charged violation in an collective effort to sustain the B.O.P. violation.

4. Irreparable Injuries, Mental Anguish, Depression, Emotional Distress, and Anxiety

5. (a) Yes
   (b) No
   (c) No
   (d) Officers refused, or otherwise, failed to provide forms upon multiple requests.

D. Cause of Action (continued)

## COUNT V

1. First Amendment Rights

2. Retaliation

3. At USP Tucson, on May 20, 2016, Nurse M. Norgren retaliated against me for reporting a sexual assault by performing a sham and inadequate medical examination, and fabricating, or otherwise, omitting my statements concerning the sexual assault.

4. Irreparable Injuries, Mental Anguish, Emotional Distress, and Anxiety.

5. (a) Yes
   (b) No
   (c) No
   (d) Officers refused, or otherwise, failed to provide forms upon multiple requests.

D. Cause of Action (Continued)

COUNT VI

1. First Amendment Rights

2. Retaliation

3. At USP Tucson, between May 27, 2017 and July 8, 2017, Captain D. McWhorter retaliated against me for filing and reporting sexual assaults, harassment and threats from various inmates by approving unwarranted retaliatory transfer to another prison where he knew or should have known my life and well-being would be in jepordy.

4. Irreparable Injuries, Mental Anguish, Fright, Shock, Emotional Distress, Insomnia, and Panic Attacks.

5. (a) Yes
   (b) No
   (c) No
   (d) Officers refused, or otherwise, failed to provide forms upon multiple requests.

D. Cause of Action (Continued)

COUNT VII

1. First Amendment Rights

2. Retaliation

3. At USP Tucson, between May 27, 2017 and July 8, 2017, Warden J.T. Shartle retaliated against me for reporting sexual assaults, harassment and threats from various inmates by approving a retaliatory transfer to a prison where he knew or should have known my life and well-being would be in jepordy, after I informed him that I was physically assaulted by an inmate who later entered my housing unit out-of-bounds and harassed and threatened me.

4. Irreparable Injuries, Mental Anguish, Fright, Shock, Emotional Distress, Panic Attacks, and Insomnia.

5. (a) Yes
   (b) No
   (c) No
   (d) Officers refused, or otherwise, failed to provide forms upon multiple requests.